1

2

## <u>ORDER</u>

3

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4

     Haiving considered he request is made by plaintiff's counsel to appear

5

telephonically for the Motion to Dismiss Second Amended Complaing hearing scheduled

6

for November 14, 2013 at 9:00 a.m., due to medical circumstances, the court hereby

7

grants plaintiff's counsel's request. `Counsel shall contact Court Call at`

8

`1-888-882-6878 to make the arrangements to appear by telephone.`

9

     IT IS SO ORDERED.

10

11

Dated: __November 12__ , 2013     By: _____ _Jacquline S.Coly_ _____

12

                                  HONORABLE JACQUELINE S. CORLEY

13

                                  U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28